UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0851-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: PLAINTIFF'S MOTION |
| | ) | FOR SERVICE AND STAY |
| ROBERT J. PALMQUIST, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed a motion seeking service of his complaint by United States Marshal and requesting that future filings, with the exception of defendants' answer, be stayed until such time as he regains access to his legal paperwork, from which he was separated following a recent transfer. (Dkt. 16.) Having considered these requests, the Court finds and ORDERS:

(1) The Court has already directed service on defendants. (Dkt. 7.) Accordingly, plaintiff's request for service is hereby STRICKEN as moot.

(2) The Court finds no basis, at this time, for staying this matter. Plaintiff may reassert this request should he not regain access to his legal paperwork in time to respond to any future filings. Plaintiff's request for a stay is, therefore, DENIED.

ORDER RE: PLAINTIFF'S MOTION FOR SERVICE AND STAY
PAGE -1

(3) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and the Honorable John C. Coughenour.

DATED this 4th day of August, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PLAINTIFF'S MOTION FOR SERVICE AND STAY
PAGE -2