District Judge John C. Coughenour
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT J. PALMQUIST, et. al.,<br><br>                Defendants. | No. C08-0851-JCC-MAT<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND THE COMPLAINT AND TO STAY THE MOTION FOR SUMMARY JUDGMENT**<br><br>(~~Proposed~~) |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Plaintiff's proposed Amended Complaint, submitted on September 3, 2008, is accepted for filing.

Defendants' motion for summary judgment, filed August 12, 2008, is stricken as moot.

Defendants have sixty days from the date of this order to respond to the Amended Complaint.

    Dated this 22nd day of September, 2008.

                              /s/ Mary Alice Theiler
                              Mary Alice Theiler
                              United States Magistrate Judge

Presented by:

s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

ORDER – 1
(C08-0851-JCC-MAT)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970