UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0851-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION FOR SUMMARY |
| ROBERT J. PALMQUIST, et al. | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed a Motion for Summary Judgment (Dkt. 33). Defendants, however, have yet to file an answer to plaintiff's amended complaint.[1] Consequently, plaintiff's motion is premature and is therefore STRICKEN without prejudice. Plaintiff may refile a motion for summary judgment after defendants have filed an answer.

DATED this 13th day of November, 2008.

Mary Alice Theiler
United States Magistrate Judge

---

[1] Defendants' answer is due by November 21, 2008.

ORDER STRIKING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1