UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0851-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED ORDER GRANTING |
| | ) | PLAINTIFF'S UNOPPOSED MOTION |
| ROBERT J. PALMQUIST, et al. | ) | TO EXTEND TIME |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed an unopposed motion to extend time to respond to defendants' motion to dismiss. (Dkt 38.) Defendants' motion to dismiss (Dkt. 35) was originally noted for consideration on December 19, 2008. Plaintiff sought to renote the motion to January 2, 2009, stating that he had been unable to access the prison law library and would have better access to legal materials after a transfer to a halfway house on December 19, 2008. The Court notes, *sua sponte*, that inclement weather caused the closure of the Western District of Washington for four days in late-December 2008.

The Court GRANTS plaintiff's unopposed motion to extend time. (Dkt. 38.) Defendants' motion to dismiss (Dkt. 35) is RENOTED for January 30, 2009. Plaintiff must file his response

by Monday, January 26, 2009, and defendants' reply is due on the noting date.

DATED this <u>6th</u> day of January, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

AMENDED ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO EXTEND TIME
PAGE -2