UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0851-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SERVICE |
| | ) | AND EXTENSION |
| ROBERT J. PALMQUIST, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff seeks an order requiring defendants to make service and to enlarge the time for him to respond to defendants' filings. (Dkt. 53.) He notes that a number of defendants' filings were not served on him at his new address. (*Id*. at 2 (citing Dkts. 44-49.)) Defendants did not respond to plaintiff's motion. Having considered plaintiff's requests, the Court does hereby find and ORDER:

(1) Plaintiff's motion seeking service and an extension (Dkt. 53) is GRANTED. Defendants shall ensure that its filings (*see* Dkts. 44, 46-49) are served upon plaintiff at his current address on or before **April 29, 2009**. Because the filings in question include a responsive pleading and associated declaration (Dkts. 48 & 49), the Court finds an extension of

ORDER RE: SERVICE AND EXTENSION
PAGE -1

01 time appropriate. Plaintiff may submit a reply relating to his cross motion for summary
02 judgment on or before **May 11, 2009** and defendants' motion to dismiss (Dkt. 35) and
03 plaintiff's cross motion for summary judgment (Dkt. 41) are renoted for consideration as of that
04 same date.

(2) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable John C. Coughenour.

DATED this 23rd day of April, 2009.

        s/ Mary Alice Theiler
        United States Magistrate Judge