UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0851-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: MOTIONS FOR ORDER |
| | ) | TO SHOW CAUSE AND REQUEST |
| ROBERT J. PALMQUIST, et al., | ) | FOR ENLARGEMENT OF TIME |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed two motions seeking an order to show cause why defendants should not be held in contempt of court and containing a request for an enlargement of time. (Dkts. 55 & 58.) He bases his requests for an order to show cause on defendants' failure to fully comply with a previous order directing them to serve various filings on him. (*See* Dkt. 54.) In the second motion, plaintiff notes that he had trouble obtaining postage for the mailing of his reply to his cross-motion for summary judgment and requests that the Court accept his reply, filed shortly after the filing deadline. Having considered plaintiff's requests and the responses of defendants, the Court does hereby find and ORDER:

(1) Defendants indicate they mistakenly overlooked a deadline for serving various

fillings on plaintiff, took immediate action to remedy the oversight, and did not object to an extension of time necessary to provide plaintiff with an opportunity to file his reply. (Dkts. 56-57, 60.) Having considered defendants' responses, the Court finds no basis for issuing an order to show cause or holding defendants in contempt. Plaintiff's motions for an order to show cause (Dkts. 55 & 58) are, therefore, DENIED.

(2) Plaintiff provides a reasonable explanation for missing the deadline for submitting his reply. His request that the Court accept the late-filed reply is, therefore, GRANTED.

(3) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable John C. Coughenour.

DATED this 2nd day of June, 2009.

                                                       s/ Mary Alice Theiler
                                                     United States Magistrate Judge