UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0851-JCC |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| ROBERT J. PALMQUIST, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 64);

(2) The plaintiff's complaint and this action are DISMISSED without prejudice for failure to exhaust; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 4th day of August, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE